# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-411-RLV-DCK

| | |
|---|---|
| RASHEEDA KEARTRA RILEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FOOT LOCKER, INC., et al., | ) |
| Defendant. | ) |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed January 5, 2010 for admission of Carrie A. McAtee as counsel *pro hac vice* on behalf of Defendant Foot Locker, Inc.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. McAtee shall be admitted to appear before this court pro hac vice on behalf of Foot Locker, Inc. It appears that Ms. McAtee has associated Kerry A. Shad of Smith Anderson as local counsel.

Signed: January 5, 2010

David C. Keesler
United States Magistrate Judge