IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 3:09CV411-V

| | |
|---|---|
| **RASHEEDA KEARTRA RILEY,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **FOOT LOCKER, INC., GLENN** ) | |
| **GULLATE, and KREG FERRELL,** ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte* in response to the motion of Defendant Kreg Ferrell ("Ferrell") filed January 22, 2010, seeking dismissal of Plaintiff's Complaint with respect to the Title VII claims asserted against Ferrell, District Manager for Foot Locker . (Documents #17, 18)  The *Pro Se* Plaintiff has not responded to Defendant Ferrell's motion or sought additional time to do so.

**IT IS, THEREFORE, ORDERED** that Plaintiff is directed to **RESPOND** to Defendant Ferrell's Motion To Dismiss <u>on or before Friday, July 23, 2010.</u>

**IT IS FURTHER ORDERED** that a copy of this Order, and a copy of a "Pro Se Litigant Guide," shall be served on the Plaintiff via certified mail, return receipt requested, at 2631 Shamrock Drive, North Carolina 28206.

**PLAINTIFF RASHEEDA KEARTRA RILEY:**

> **FAILURE TO RESPOND ON OR BEFORE FRIDAY, JULY 23, 2010, MAY RESULT IN SUMMARY DISMISSAL OF THE CLAIMS AGAINST KREG FERRELL WITH PREJUDICE.**

Signed: June 23, 2010

Richard L. Voorhees
United States District Judge